# Exhibit 2

Charted Claims:

Method Claim: 13

| US7831475B2 | Chopt website/ Chopt app ("Accused Instrumentality") |
|---|---|
| 13. A method of ordering comprising:<br><br>a first customer opening a first menu apparatus having at least one menu display, an input device, a feedback mechanism, and a payment device; | The accused instrumentality practices a method of ordering (e.g., group ordering) comprising: a first customer (e.g., first user using the first computer/ first mobile phone enabled with the accused instrumentality) opening a first menu apparatus (e.g., first computer/ first mobile phone enabled with the accused instrumentality's menu) having at least one menu display (e.g., menu displayed on the screen of the computer/ mobile phone enabled with the accused instrumentality), an input device (e.g., keyboard input of the computer enabled with the accused instrumentality), a feedback mechanism (e.g., back to menu, view all, checkout, etc, options), and a payment device (e.g., first computer/ first mobile device enabled with the accused instrumentality used as a payment device).<br><br>As shown below, the accused instrumentality i.e., Chopt website/ Chopt app practices providing a method of ordering (e.g., group ordering) by the first customer using a first computer device/ first mobile phone enabled with the accused instrumentality. The computer device/ mobile phone enabled with the accused instrumentality comprises its menu page displayed on the screen of the device. The first user can select an item from the menu page using the keyboard of the computer device/ touch screen input of the mobile device & the feedback mechanism and can pay using the computer/ mobile phone enabled with the accused instrumentality also acts as a payment device. |



https://www.choptsalad.com/menu



https://play.google.com/store/apps/details?id=com.choptsalad.choptsalad.android.app



https://www.choptsalad.com/locations#group



**First menu apparatus**

https://play.google.com/store/apps/details?id=com.choptsalad.choptsalad.android.app



https://play.google.com/store/apps/details?id=com.choptsalad.choptsalad.android.app



**Input device**

https://play.google.com/store/apps/details?id=com.choptsalad.choptsalad.android.app



https://www.choptsalad.com/menu/1730-penn



https://www.choptsalad.com/menu/1730-penn

| | |
|---|---|
| | Here are some key features:<br>• Streamlined Ordering: Skip the line by ordering ahead digitally, ensuring your meal is ready when you arrive.<br>• Customization Options: Create your perfect salad or bowl by choosing from a wide array of fresh ingredients and dressings.<br>• Convenient Payment: Pay effortlessly with Apple Pay, Google Pay, or your preferred payment method.<br>• Guest Checkout: Try out the app without creating an account by using Guest Checkout.<br><br>https://apps.apple.com/us/app/chopt/id730746089 |
| the first customer viewing a desired page of the first menu apparatus; | The accused instrumentality practices the first customer (e.g., first user using the first computer/ first mobile phone enabled with the accused instrumentality) viewing a desired page (e.g., reward page of the accused instrumentality) of the first menu apparatus (e.g., first computer/ first mobile phone enabled with the accused instrumentality's menu). |



https://play.google.com/store/apps/details?id=com.choptsalad.choptsalad.android.app



**First menu apparatus**

https://play.google.com/store/apps/details?id=com.choptsalad.choptsalad.android.app

| the first customer | The accused instrumentality practices the first customer (e.g., first user using the first |

| selecting an item from the first menu apparatus using the input device; | computer/ first mobile device enabled with the accused instrumentality) selecting an item from the first menu apparatus (e.g., first computer/ first mobile device enabled with the accused instrumentality's menu) using the input device (e.g., keyboard of the computer/ touch screen of the mobile phone enabled with the accused instrumentality). |
| --- | --- |
| |   https://play.google.com/store/apps/details?id=com.choptsalad.choptsalad.android.app |



**First menu apparatus**

https://play.google.com/store/apps/details?id=com.choptsalad.choptsalad.android.app



**Input device**

https://play.google.com/store/apps/details?id=com.choptsalad.choptsalad.android.app

| the first customer confirming a menu item was selected by referencing the feedback mechanism; | The accused instrumentality practices the first customer (e.g., first user using the first computer/ first mobile phone enabled with the accused instrumentality) confirming a menu item was selected by referencing the feedback mechanism (e.g., back to menu, view all, checkout, etc, options). <br><br>  <br> https://www.choptsalad.com/menu/1730-penn |



https://www.choptsalad.com/menu/1730-penn

| the first customer sending the selected items to a remote location for processing; and | The accused instrumentality practices the first customer (e.g., first user using the first computer/ first mobile phone enabled with the accused instrumentality) sending the selected items to a remote location (e.g., the accused instrumentality's kitchen/outlet, etc,) for processing. |
|---|---|



https://www.choptsalad.com/menu/1730-penn

https://www.choptsalad.com/location/1730-penn

| the first customer sending information from the first menu apparatus to a second customer operating a second menu apparatus. | The accused instrumentality practices the first customer (e.g., first user using the first computer enabled with the accused instrumentality) sending information (e.g., sharing of group order information link via a text or an email) from the first menu apparatus (e.g., first computer enabled with the accused instrumentality's menu) to a second customer (e.g., second user using a second computer enabled with the accused instrumentality) operating a second menu apparatus (e.g., second computer/ fsecond mobile phone enabled with the accused instrumentality's menu).

As shown below, the accused instrumentality i.e., Chopt website/ Chopt app practices providing the first user (e.g., first user using the first computer/ first mobile phone enabled with the accused instrumentality) with the ability to share the group order information from its own computer device/ mobile device to all the participants via a link to add their menu selections to the Group order using their own computer devices/ mobile devices. |



https://www.choptsalad.com/group-ordering

⌂ BACK TO HOME PAGE

**CHOPT**

**Group Ordering allows you to easily create one order for a group.** Send your unique link to your family, friends, or coworkers and wait for them to customize their meals and add them to your cart. Then, easily checkout for the entire group with one payment.

**Group Ordering is available to everyone.** Whether you're placing an order for you and your closest crew or for a big team lunch at work, we've got you covered.

**Just visit us at Choptsalad.com/group to get started.** The admin who places the order should sign in to their Chopt account to earn loyalty rewards for every salad purchased. Guests invited to the order don't need a Chopt account but won't earn rewards for their orders.

https://choptsalad.freshdesk.com/support/solutions/articles/1000317409-what-is-group-ordering-who-can-use-group-ordering-



**First menu apparatus**

https://play.google.com/store/apps/details?id=com.choptsalad.choptsalad.android.app