# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **OrderMagic LLC,** | Case No. 1:26-cv-01773-JLR |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Chop't Creative Salad Company LLC,** | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The request to dismiss this matter with prejudice is hereby GRANTED.

SO ORDERED.

Dated: June 23 , 2026
New York, New York

_____
JENNIFER L. ROCHON
United States District Judge